**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DETINA EATON
ADC # 707841

and

LISA FANN                                                                                                  PLAINTIFFS

V.                     1:07CV00042 WRW/HDY (lead)
                         1:07CV00043 WRW/HLJ
                         1:07CV00044 JMM/HDY

MAPLES *et al.*                                                                                           DEFENDANTS

**<u>ORDER</u>**

On September 24, 2007, Plaintiff Eaton, a prisoner incarcerated at the McPherson Unit of the Arkansas Department of Correction, initiated this action by filing a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, which was assigned case number 1:07CV00042 WRW/HDY. On that same day, Plaintiff also filed § 1983 Complaints which were assigned case numbers 1:07CV00043 WRW/HLJ and 1:07CV00044 JMM/HDY.[1] Plaintiff has also named as a co-Plaintiff Lisa Fann, who did not sign any of the pleadings. Review of these three Complaints reveals that Plaintiffs's claims would best be addressed in a single case, and that consolidation would result in the most economical use of the parties' and the Court's resources.

---

[1] A fourth complaint, *Eaton et al. v. Arkansas State Police*, 1:07CV00045 WRW/JWC has been recommended for dismissal pursuant to *Preiser v. Rodriguez*, 411 U.S. 475 (1973) and *Heck v. Humphrey*, 512 U.S. 477 (1994).

IT IS THEREFORE ORDERED that:

1. Case numbers 1:07CV00042 WRW/HDY, 1:07CV00043 WRW/HLJ and 1:07CV00044 JMM/HDY should be CONSOLIDATED, to continue as one case under case number 1:07CV00042 WRW/HDY.

2. All pleadings should be filed only in the lead case.

3. The Clerk is directed to take the necessary steps to effect consolidation, and to make the necessary chip exchange.

4. A copy of this Order should be filed in all case files.

DATED this 15th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE