**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DETINA EATON
ADC # 707841

and

LISA FANN                                                                    PLAINTIFFS

V.
1:07CV00042 WRW/HDY (lead)
1:07CV00043 WRW/HLJ
1:07CV00044 JMM/HDY

MAPLES *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After

careful consideration, the Court concludes that the Proposed Findings and Recommended Partial

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiffs' claims challenging the legality of their incarceration are DISMISSED

WITHOUT PREJUDICE;

2.   Plaintiffs' claims Arkansas Department of Correction are dismissed with prejudice, and

it is terminated as party Defendants;

3.    Plaintiffs' claims against Defendant Norris are dismissed with prejudice, and he is

terminated as a party Defendant;

4.    The remaining claims of Plaintiff Fann are dismissed without prejudice to her right to

re-file those claims on her own behalf; and

1

5.     Service is appropriate on Defendants Maple, Caple and Dunavion.  The Clerk of the Court will prepare a summons for these Defendants, and the United States Marshal is directed to serve a copy of the Complaint in each of the three consolidated cases,  this Order, and summons on Defendants,  without prepayment of fees and costs or security therefore.

DATED this 27th day of November, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE