IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DETINA EATON
ADC # 707841                                                                                          PLAINTIFF

V.                              1:07CV00042 WRW/HDY (lead)
                                1:07CV00043 WRW/HDY
                                1:07CV00058 JMM/BMD

JOHN MAPLES et al.                                                                                  DEFENDANTS

## ORDER

On September 24, 2007, Plaintiff Eaton, an inmate at the McPherson Unit of the Arkansas Department of Correction, initiated this action by filing a pro se Complaint pursuant to 42 U.S.C. § 1983. That case was assigned case number 1:07CV00042 WRW/HDY. On the same day, Plaintiff filed three additional § 1983 complaints. Those cases were assigned case numbers 1:07CV00043 WRW/HLJ, 1:07CV00044 JMM/HDY, and 1:07CV00045 WRW/JWC. On October 15, 2007, the Court dismissed case number 1:07CV00045 WRW/JWC, and consolidated the remaining cases, case numbers 1:07CV00042 WRW/HDY, 1:07CV00043 WRW/HLJ, and 1:07CV00044 JMM/HDY. The Court ordered that the cases should continue as one case under case number 1:07CV00042 WRW/HDY. Since that time, the Court has dismissed case number 1:07CV00044 JMM/HDY (docket entry #5).

Plaintiff has now filed an additional Complaint, case number 1:07CV00058 JMM/BD, pursuant to 42 U.S.C. § 1983. Review of this Complaint reveals that the

1

claims Plaintiff raises in this Complaint would best be addressed in the lead case, case number 1:07CV00042 WRW/ HDY, and that consolidation would result in the most economical use of the parties' and the Court's resources.

IT IS THEREFORE ORDERED that:

1. Case number 1:07CV00058 JMM/BD should be CONSOLIDATED, to continue as one case under case number 1:07CV00042 WRW/HDY.

2. All pleadings should be filed only in the lead case.

3. The Clerk is directed to take the necessary steps to effect consolidation, and to make the necessary chip exchange.

4. A copy of this Order should be filed in all cases.

Dated this 20th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE