**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DETINA EATON, ADC # 707841                                                                 PLAINTIFF

V.
1:07CV00042 WRW/JFF (lead)
1:07CV00043 WRW/JFF
1:07CV00058WRW/JFF

MAPLES *et al.*                                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiffs' claims against Defendant Lisa Fann are DISMISSED WITH PREJUDICE;

2. Service is appropriate on Defendants Inman, Smith, and Hoffman. The Clerk of the Court is directed to prepare a summons for these Defendants, and the United States Marshal is directed to serve a copy of the Complaint in this case, this Order, and summons on Defendants, without prepayment of fees and costs or security therefore.

DATED this 15th day of January, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE