## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

DETINA EATON
ADC # 707841                                                                                              PLAINTIFF

                      1:07CV00042 WRW/HDY (lead)
V.                    1:07CV00043 WRW/HDY
                      1:07CV00058WRW/HDY

MAPLES *et al.*                                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge John F. Forster. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants's Motions to Dismiss (docket entry #55 and 61) are GRANTED, and Plaintiff's claims against Defendants Smith, Hoffman, Capel, Maples, Dunavion, and Inman are dismissed without prejudice.

DATED this 29th day of April, 2008.


                                              /s/ Wm. R. Wilson, Jr._____
                                              UNITED STATES DISTRICT JUDGE